IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

LABARRION HARRIS,                    *
                                     *
        Plaintiff,                   *
                                     *
        v.                           *          CV 619-050
                                     *
JACKSON, Lieutenant, the Black       *
One; BERNARD HILL, Chaplin; and      *
GEORGIA DEPARTMENT OF                 *
CORRECTIONS,                         *
                                     *
        Defendants.                  *

---

### O R D E R

---

Before the Court is Plaintiff's Motion to Voluntarily
Dismiss, which the Court will construe as a notice of voluntary
dismissal. (Doc. 4.) Plaintiff filed his notice prior to
Defendants serving either an answer or a motion for summary
judgment. Upon due consideration, the Court finds that dismissal
is appropriate under Federal Rule of Civil Procedure
41(a)(1)(A)(i). **IT IS THEREFORE ORDERED** that Plaintiff's claims
are **DISMISSED WITHOUT PREJUDICE.** The Clerk is directed to
**TERMINATE** all motions and deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this ___14th___ day of June,
2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA